UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Nadezda Montgomery, et al.</u>

    v.                    Civil No. 10-cv-536-JL

<u>Scott Montgomery</u>

## **PROCEDURAL ORDER**

Within 14 days of the date of the court's order denying the motion to dismiss, (1) the defendant shall file his answer to the complaint and (2) the parties shall submit a joint discovery plan as required by Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26.1.  The joint discovery plan shall provide for a bench trial in this matter to occur no later than August 31, 2011.  The preliminary pretrial conference in this matter is scheduled for **March 9, 2011, at 2 p.m.**

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  February 9, 2011

cc:  Gregory Romanovsky, Esq.
     Ronald L. Abramson, Esq.
     Mary Ann Dempsey, Esq.